IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Daniel R. Lloyd, Jr., | ) | C/A No.: 5:25-4463-JD-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Warden M. Graham, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

   This is an action seeking habeas corpus relief under 28 U.S.C. § 2241.[1] Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (holding that a prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civ. Rule 73.02(B)(2)(c) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

TO PETITIONER:

   Petitioner failed to provide information necessary for initial review. If Petitioner does not provide the information below within the time permitted under this order, this case may be dismissed for failure to prosecute and comply with an order of this court under Rule 41 of the Fed. R. Civ. P.

   Petitioner shall do the following within 21 days (plus three mailing days) from the date of this order:

   1.  Fully complete, sign, and return to the Clerk of Court the attached § 2241 habeas petition.

   2.  Pay the $5 filing fee for a habeas corpus action, or complete and return the Form AO 240 (application to proceed in forma pauperis) attached to this order. If Petitioner decides to pay the $5 filing fee for a habeas corpus action, the check for the filing fee should be made payable to "Clerk, U.S. District Court."

   Petitioner must place the civil action number listed above (C/A No.: 5:25-4463-JD-KDW) on any document he submits to this court. In the meantime, service shall not be authorized until the items specified above have been reviewed by the assigned Magistrate Judge.

---

[1] Although Petitioner filed a form petition pursuant to 28 U.S.C. § 2254, he is required to proceed with his habeas petition under 28 U.S.C. § 2241 as he is not in custody pursuant to the judgment of a state court.

Any future filings in this case must be sent to United States District Court, (Post Office Box 2317, Florence, South Carolina 29503). All documents requiring Petitioner's signature shall be signed with Petitioner's full legal name written in Petitioner's own handwriting. Pro se litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Petitioner is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Petitioner is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

Petitioner is a pro se litigant. Petitioner's attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised in writing (Post Office Box 2317, Florence, South Carolina 29503) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

<u>TO THE CLERK OF COURT</u>:

The Clerk of Court shall mail a copy of this order and the proper form documents to Petitioner. If Petitioner fails to provide any item listed above to the Clerk of Court within the period prescribed in this order, the Clerk of Court shall forward the file to the assigned United States District Judge to determine if this case should be dismissed. If, however, Petitioner provides this court with the items listed above, the Clerk of Court should forward the file to the assigned Magistrate Judge to determine if service should be authorized.

IT IS SO ORDERED.

May 29, 2025  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

2